UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00278-JCM-LRL |
| Plaintiff, ) | |
| vs. ) | |
| FERNANDO CRUZ ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#52), sentencing held on February 24, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BUREAU OF PUBLIC DEBT
Amount of Restitution: $1,000.00

Name of Payee: MARVIN WEBB
Amount of Restitution: $1,837.29

**Total Amount of Restitution ordered: $2,852.66**

Dated this 31st day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE